**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01500-CV

**IN RE JHW LEASING, LTD., Relator**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER

Before Justices Bridges, Fillmore and Evans

Before the Court is relator's emergency motion for temporary relief requesting a stay of the December 1, 2014 trial setting. On November 25, 2014, in a related mandamus proceeding, *In re J.H. Walker, Inc. d/b/a J.H. Walker Trucking*, No. 05-14-01497-CV, the Court ordered the trial of this case stayed. Accordingly, we **DENY** relator's emergency motion as moot. We **ABATE** the mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court to allow the successor judge to reconsider the ruling of the trial court. The parties shall timely notify this Court of all events affecting the status of this case, including when the successor judge has ruled in accordance with rule 7.2(b). The parties shall file either a status report or a motion to dismiss by February 16, 2015.

/s/     DAVID L. BRIDGES
         JUSTICE